1   TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (Bar # 111536)
2   GIA L. CINCONE (Bar # 141668)
    Two Embarcadero Center, 8th Floor
3   San Francisco, California  94111
    Telephone:  (415) 576-0200
4   Facsimile:  (415) 576-0300
    Email:  gsgilchrist@townsend.com, glcincone@townsend.com
5
    Attorneys for Plaintiff
6   LEVI STRAUSS & CO.

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LEVI STRAUSS & CO.,                     Case No. C 06 7320 MEJ

12                  Plaintiff,
                                            **STIPULATION TO FINAL**
13          v.                              **JUDGMENT AND PERMANENT**
                                            **INJUNCTION**
14  T&Y FASHION, INC.,

15                  Defendant.

16

17      Plaintiff Levi Strauss & Co. and Defendant T&Y Fashion, Inc. hereby stipulate to the facts and

18  conclusions contained in the attached Final Judgment and Permanent Injunction and consent to its

19  entry by the court.

20
    IT IS SO STIPULATED AND CONSENTED.
21

22  DATED:  August 6, 2007            TOWNSEND AND TOWNSEND AND CREW LLP

23                                    By:  _____/s/ Gia L. Cincone_____
                                                 Gia L. Cincone
24                                        Attorneys for Plaintiff Levi Strauss & Co.

25  DATED:  August 6, 2007            WORLD ESQUIRE LAW FIRM, LLP

26                                    By:  _____/s/ Jen-Feng Lee_____
                                                 Jen-Feng Lee
27                                        Attorneys for Defendant T&Y Fashion, Inc.

28

1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LEVI STRAUSS & CO.,                          Case No. C 06 7320 MEJ

12                  Plaintiff,
                                                  **FINAL JUDGMENT UPON**
13          v.                                    **CONSENT AND PERMANENT**
                                                  **INJUNCTION**
14   T&Y FASHION, INC.,

15                  Defendant.

16

17

18          Plaintiff Levi Strauss & Co. ("LS&CO.") has filed a Complaint alleging trademark

     infringement, dilution, and unfair competition under federal and California law against defendant
19
     T&Y Fashion, Inc. ("T&Y").  LS&CO. alleges that T&Y has manufactured, promoted, and sold
20
     clothing, including denim jeans, that violates LS&CO.'s rights in its registered Tab Device Trademark
21
     (the "Tab trademark").
22
            The Court now enters final judgment based upon the following undisputed facts. Each party
23
     has waived the right to appeal from this final judgment and each party will bear its own fees and costs
24
     in connection with this action.
25
     **I.      STIPULATED FACTS AND CONCLUSIONS**
26
            A.      This Court has subject matter jurisdiction over this lawsuit and personal jurisdiction
27
     over T&Y.  Venue is proper in this Court.
28

B. LS&CO. owns the Tab trademark, which is a valid and famous trademark of LS&CO. and which is registered as follows for use on a variety of casual apparel:

a. Registration No. 356,701 (first used as early as September 1, 1936; registered May 10, 1938);

b. Registration No. 516,561 (first used as early as September 1, 1936; registered October 18, 1949);

c. Registration No. 577,490 (first used as early as September 1, 1936; registered July 21, 1953);

d. Registration No. 774,625 (first used as early as May 22, 1963; registered August 4, 1964);

e. Registration No. 775,412 (first used as early as October 9, 1957; registered August 18, 1964); and

f. Registration No. 1,157,769 (first used as early as September 1, 1936; registered June 16, 1961).

C. T&Y has manufactured, distributed, and sold jeans that display the pocket tab illustrated in Exhibit A (the "T&Y tab").

## II. ORDER

It is hereby ordered and adjudged as follows:

1. T&Y shall pay the sum of $5,000.00 to LS&CO. within ten days of entry of this Judgment.

2. Commencing as of the "So Ordered" date of this Final Judgment and Permanent Injunction, T&Y, its principals, agents, employees, officers, directors, servants, successors, and assigns, and all persons acting in concert or participating with it or under its control who receive actual notice of this Order, are hereby permanently enjoined and restrained, directly or indirectly, from doing, authorizing or procuring any persons to do any of the following:

a. Manufacturing, licensing, selling, offering for sale, distributing, importing, exporting, advertising, promoting, or displaying any products that display any tab in the form and location illustrated in Exhibit A, or any other tab that is substantially similar to the T&Y tab or to the

Tab trademark;

    b.  Manufacturing, licensing, selling, offering for sale, distributing, importing, exporting, advertising, promoting, or displaying any products that display any tab that may reasonably be believed to be as similar or more similar to the Tab trademark than the T&Y tab;

    c.  Violating the rights of Levi Strauss & Co. in and to its Tab trademark; and

    d.  Assisting, aiding or abetting any person or entity engaging in or performing any act prohibited by this paragraph.

   3.  In the event that T&Y violates the terms of this Judgment by making, selling or offering for sale garments displaying the T&Y tab illustrated in Exhibit A, it shall pay to LS&CO. liquidated damages of (a) 20% of the sales revenue received by T&Y at any time on account of such garments, or (b) $10,000, whichever is greater, and judgment shall be entered against T&Y for that amount. T&Y specifically acknowledges that this is a reasonable estimate of the damages to which LS&CO. would be entitled by virtue of T&Y's sales of such garments and the costs LS&CO. has incurred in enforcing its rights. Such liquidated damages shall be in addition to any further damages or equitable relief to which LS&CO. may be entitled with respect to future sales by T&Y that violate LS&CO.'s trademark rights, but any payments made by T&Y pursuant to this paragraph shall be deemed a credit against any potential award of damages under this paragraph.

   4.  This Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the construction or modification of this Judgment, the enforcement thereof, and/or the punishment for any violations thereof. If LS&CO. commences an action for enforcement of this Judgment, the prevailing party shall be awarded reasonable attorneys' fees and costs from the other party.

///

///

///

///

///

///

5.      For the purpose of any future proceeding to enforce the terms of this Judgment, service by mail upon a party or their counsel of record at their last known address shall be deemed adequate notice for each party.

IT IS SO ORDERED AND ADJUDGED.

DATED: _____     August 7, 2007

_____
Hon. Maria-Elena James
United States Magistrate Judge

61079151 v1

# EXHIBIT A





Exhibit A